## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROB KEVIN ROY,

    Plaintiff,

v.                                                                 Case No: 8:24-cv-1402-WFJ-NHA

TRANS UNION LLC,

    Defendant.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 28)** that the above-styled action has been settled with respect to Defendant Trans Union LLC ("Trans Union"), the sole remaining Defendant. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Trans Union and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Trans Union. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on August 26, 2024.

                                                   s/*William F. Jung*
                                                   **WILLIAM F. JUNG**
                                                   **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record